

FILED
CO-386-online
10/03

MAR 1 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

| | |
|---|---|
| Professional Home Care, Inc. | DATE STAMP: 03/17/2006 |
| vs     Plaintiff | CASE NUMBER  1:06CV00512 |
| Mike Leavitt, Secretary of Health and Human Services | JUDGE: Richard J. Leon |
| Defendant | DECK TYPE: Administrative Agency Rev |

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Professional Home Care, Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Professional Home Care, Inc.__ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

79399
BAR IDENTIFICATION NO.

H. Mark Stichel
Print Name

Ste. 2101  201 N. Charles St.
Address

Baltimore   MD   21201
City       State     Zip Code

410-752-9300
Phone Number