UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROFESSIONAL HOME CARE, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:06CV00512 (RJL) |
| ) | |
| MICHAEL O. LEAVITT, ) | |
| Secretary, of Health and Human Services, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## PRAECIPE

The Clerk of this Court will please enter the appearance of Peter S. Smith for the Defendant Secretary of Health and Human Services in the above-captioned action and withdraw the appearance of AUSA Uldric Fiore in this case.

PETER S. SMITH
(D.C. Bar No. 465131)
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0372