UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROFESSIONAL HOME CARE, INC. )<br>)<br>Plaintiff,            )<br>)<br>v.                            )<br>)<br>MICHAEL O. LEAVITT,            )<br>Secretary, of Health and Human Services,  )<br>)<br>Defendant.          )<br>_____) | Case No. 1:06CV00512 (RJL) |

**NOTICE OF APPEARANCE**

　　　　The Clerk will please **enter** the appearance of Jonathan C. Brumer as counsel for the Defendant Secretary of Health and Human Services in the above-captioned action.

　　　　　　　　　　　　　　　　　　　　／ s ／
　　　　　　　　　　　　　　　　　　　JONATHAN C. BRUMER
　　　　　　　　　　　　　　　　　　　(D.C. Bar No. 463328)
　　　　　　　　　　　　　　　　　　　U.S. Department of Health and Human Services
　　　　　　　　　　　　　　　　　　　Office of the General Counsel
　　　　　　　　　　　　　　　　　　　Centers for Medicare and Medicaid Services
　　　　　　　　　　　　　　　　　　　 Division
　　　　　　　　　　　　　　　　　　　330 Independence Ave., S.W.
　　　　　　　　　　　　　　　　　　　Cohen Building, Room 5344
　　　　　　　　　　　　　　　　　　　Washington, D.C. 20201
　　　　　　　　　　　　　　　　　　　(202) 205-8703