IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PROFESSIONAL HOME CARE, INC.,

    Plaintiff

    v.                                                  Case No. 1:06CV00512

MIKE LEAVITT, Secretary of Health
and Human Services,

    Defendant

LINE

MR./MS. CLERK:

    Please strike the appearance of H. Mark Stichel, Esq. as counsel for Plaintiff, and change the status of Jack L. B. Gohn, Esq., previous entered as additional counsel, to lead counsel for Plaintiff.

                                                                  Respectfully submitted,

| | |
|---|---|
| John W. Jansak<br>Harriman, Jansak & Wylie, P.A.<br>Suite 803<br>401 Washington Avenue<br>Towson, Maryland 21204<br>(410) 296-8166 (Telephone)<br>(410) 296-6623 (Facsimile) | _____/s/_____<br>H. Mark Stichel, Bar No. 79339<br>Jack L. B. Gohn, Bar No. MD02823<br>Gohn, Hankey & Stichel, LLP<br>Suite 2101<br>201 N. Charles Street<br>Baltimore, Maryland 21201<br>410-752-9300 (Telephone)<br>410-752-2519 (Telecopier)<br>Attorneys for Plaintiff Professional<br>Home Care, Inc. |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of May, 2006, the aforegoing was electronically filed, entailing automatic service upon all counsel of record.

_____/s/_____

Jack L. B. Gohn

0005589.wpd