UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROFESSIONAL HOME CARE, INC., ) | |
|     Plaintiff, ) | |
| ) | |
|     v. ) | Civ. Action No. 06-0512 (RJL) |
| ) | |
| MICHAEL O. LEAVITT, ) | |
| Secretary, United States Department of ) | |
| Health and Human Services, ) | |
| ) | |
|     Defendant. ) | |

### NOTICE OF FILING OF ADMINISTRATIVE RECORD

Defendant, Secretary of Health and Human Services, United States Department of Health and Human Services, hereby files the attached administrative record in the above-captioned action. The record exceeds 500 pages and thus in accordance with the Court's ECF rules has been filed and served in hard copy only.

            Respectfully submitted,

            s/

            KENNETH L. WAINSTEIN, D.C. BAR # 451058
            United States Attorney

            s/

            PETER S. SMITH, D.C. BAR # 465131
            Assistant United States Attorney, Civil Division
            555 4th Street, N.W.
            Washington, D.C. 20530
            (202) 307-0372

## CERTIFICATE OF SERVICE

_____I hereby certify that the foregoing copy of the Defendant's Notice of Filing Of Administrative Record with attached Administrative Record has been hand delivered by Federal Express, this <u>24th</u> day of May, 2006, addressed to:

**H. Mark Stichel**
**Jack L. B. Gohn**
**Gohn, Hankey & Stichel, LLP**
**Suite 2101**
**201 N. Charles Street**
**Baltimore, Maryland 21201**

s/
_____
Peter S. Smith
Assistant United States Attorney