# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

---

| | |
|---|---|
| **PROFESSIONAL HOME CARE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Case No: 06-0512 (RJL)** |
| ) | |
| **MICHAEL O. LEAVITT,** ) | |
| **SECRETARY, HEALTH AND** ) | |
| **HUMAN SERVICES,** ) | **ECF** |
| ) | |
| **Defendant.** ) | |

---

### NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States

Attorney Megan L. Rose as counsel of record for Defendant and withdraw the appearance of

Assistant United States Attorney Peter S. Smith.


Dated: July 5, 2006                    Respectfully submitted,



                    _____/s/_____
                    PETER S. SMITH, D.C. Bar #465131


                    _____/s/_____
                    MEGAN L. ROSE, NC Bar # 28639
                    Assistant United States Attorney
                    Judiciary Center Building
                    555 Fourth Street, N.W.
                    Washington, D.C. 20530
                    (202) 514-7220
                    (202) 514-8780 (fax)
                    Megan.Rose@usdoj.gov