UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROFESSIONAL HOME CARE, INC.  )<br>                                                              )<br>            Plaintiff,                      )<br>                                                              )<br>       v.                                              )      Case No. 1:06CV00512 (RJL)<br>                                                              )<br>MICHAEL O. LEAVITT,               )<br>Secretary, of Health and Human Services,)<br>                                                              )<br>            Defendant.                     )<br>                                                              ) | |

**JOINT NOTICE AND MOTION TO SET BRIEFING SCHEDULE**

Counsel for Defendant Michael O. Leavitt, the Secretary of Health and Human Services ("the Secretary") and Plaintiff Professional Home Care, Inc. have conferred and agree that because this is an Administrative Procedure Act record review case, discovery is not appropriate and the initial disclosure requirement and the obligation to have an initial scheduling conference do not arise.  See Fed. R. Civ. P. 26(a)(E)(i), 26(f); LCvR 16.3(b)(1).  Furthermore, the parties agree that this case should be disposed of on the basis of cross-motions for summary judgment and that a short delay in the onset of briefing is desirable so that the settlement discussions now underway may continue and be given a chance to potentially bear fruit.  The parties respectfully submit the following proposed schedule for the submission of their respective briefs:

October 11, 2006:        Plaintiff's Motion for Summary Judgment

December 11, 2006:       Defendant's Opposition and Cross Motion

January 25, 2007:        Plaintiff's Opposition and Reply

March 12, 2007:          Defendant's Reply


A proposed order is attached.

                                          /s/
                            KENNETH L. WAINSTEIN
                            United States Attorney
                            D.C. Bar No. 451058


                                          /s/
                            MEGAN L. ROSE
                            Assistant United States Attorney
                            N.C. Bar No. 28639
                            Civil Division
                            555 4th Street, N.W.
                            Washington, D.C.  20530
                            (202) 514-7220 / FAX: (202) 514-8780


                            JONATHAN C. BRUMER
                            (D.C. Bar No. 463328)
                            U.S. Department of Health and Human Services
                            Office of the General Counsel
                            Centers for Medicare and Medicaid Services
                             Division
                            330 Independence Ave., S.W.
                            Cohen Building, Room 5344
                            Washington, D.C. 20201
                            (202) 205-8703

                            Counsel for the Secretary

                    /s  
JACK GOHN  
Hankey & Stichel, LLP  
201 North Charles Street, Suite 2101  
Baltimore, Maryland 21201  
(410) 752-9300  

Counsel for Professional Home Care, Inc.