UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROFESSIONAL HOME CARE, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:06CV00512 (RJL) |
| ) | |
| MICHAEL O. LEAVITT, ) | |
| Secretary, of Health and Human Services,) | |
| ) | |
| Defendant. ) | |
| _____) | |

## ORDER

Having considered the parties' Joint Notice and Motion to Set Briefing Schedule, and the entire record herein, it is this _____ day of _____, 2006,

ORDERED that the parties are relieved of the obligations to make initial disclosures, to confer, and to submit a Joint Meet and Confer Statement, pursuant to Rule 26 of the Federal Rules of Civil Procedure and Local Civil Rule 16.3, because this is an action for review on an administrative record; and it is further

ORDERED that the parties shall submit dispositive motions in accordance with the following briefing schedule:

| | |
|---|---|
| October 11, 2006: | Plaintiff's Motion for Summary Judgment |
| December 11, 2006: | Defendant's Opposition and Cross Motion |
| January 25, 2007: | Plaintiff's Opposition and Reply |
| March 12, 2007: | Defendant's Reply |

_____
                                       UNITED STATES DISTRICT JUDGE