IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PROFESSIONAL HOME CARE, INC.,

    Plaintiff

    v.                                    Case No. 1:06CV00512

MIKE LEAVITT, Secretary of Health
and Human Services,

    Defendant

CONSENT MOTION TO ENLARGE TIME

    Plaintiff Professional Home Care, Inc. by undersigned counsel, pursuant to Rule 6(b), F.R.Civ.P., moves to enlarge the time for motions and other proceedings in this matter. As reasons therefor, Plaintiff states as follows:

    1.    This case is an administrative appeal which, by operation of law and in the agreement of the parties, is to be decided on the administrative record. That record was filed on May 24, 2006. The evident vehicle for briefing the issues raised by the case is on cross-motions for summary judgment.

    2.    By paperless minute orders of July 14 and 18, 2006, the Court directed that Plaintiff file a Motion for Summary Judgment on or about October 11, 2006, that Defendant File an Opposition and Cross-Motion on or before December 11, 2006, that Plaintiff file an Opposition and Reply on or before January 25, 2007, and that Defendant file a Reply on or before March 12, 2007.

3. The parties have been engaged in active negotiation and it appears that a settlement is imminent. However, even after the reaching of a meeting of the minds, which may be close, there are multiple approvals to be obtained on each side, and consequently it appears that it will take another month for a settlement document to be approved and for any settlement to be effectuated.

4. The first motion paper is due in less than a week, and the parties do not wish to be put to the inconvenience and expense of briefing when it will probably prove unnecessary.

5. For these reasons, Plaintiff would request that the entire schedule be moved back 30 days, in order to allow the parties to concentrate on resolving this matter.

6. Defendant has consented to this Motion through counsel.

ACCORDINGLY, Plaintiff proposes that the Court amend the previously existing orders to provide that Plaintiff file a Motion for Summary Judgment on or before November 10, 2006, that Defendant File an Opposition and Cross-Motion on or before January 11, 2007, that Plaintiff file an Opposition and Reply on or before February 26, 2007 (the thirtieth day, the 24th, being a Saturday), and that Defendant file a Reply on or before April 11, 2007.

A proposed Order is enclosed.

Respectfully submitted,

_____/s/_____
H. Mark Stichel, Bar No. 79339
Jack L. B. Gohn, Bar No. MD02823
Gohn, Hankey & Stichel, LLP
Suite 2101
201 N. Charles Street
Baltimore, Maryland 21201
410-752-9300 (Telephone)
410-752-2519 (Telecopier)
Attorneys for Plaintiff Professional
Home Care, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of October, 2006, the aforegoing was electronically filed, entailing automatic service upon all counsel of record.

_____/s/_____
Jack L. B. Gohn

0005726a.wpd