IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PROFESSIONAL HOME CARE, INC.,

    Plaintiff

v.                                                                Case No. 1:06CV00512

MIKE LEAVITT, Secretary of Health
and Human Services,

    Defendant

## ORDER

HAVING READ AND REVIEWED the Consent Motion to Enlarge Time, and no cause to the contrary appearing, it is this _____ day of October, 2006, by the United States District Court for the District of Columbia, ORDERED that:

1.    The Consent Motion to Enlarge Time be and the same hereby is GRANTED;

2.    Notwithstanding anything provided in any previous Order, the Plaintiff shall file a Motion for Summary Judgment in this matter on or before November 10, 2006, and Defendant shall file an Opposition and Cross-Motion on or before January 11, 2007, and Plaintiff shall file an Opposition and Reply on or before February 26, 2007, and Defendant shall file a Reply on or before April 11, 2007.

 

_____
United States District Judge

0005726a.wpd